IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHNOTHAN C. JONES,

      Appellant,

v.

YULIA JONES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5839

Opinion filed August 8, 2014.

An appeal from the Circuit Court for Bay County.
Shonna Y. Gay, Judge.

Richard Hinds, Panama City, and Christopher Scott, Lynn Haven, for Appellant.

Kimberly D. Reed of The Reed Law Office, P.A., Panama City, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., BENTON and RAY, JJ., CONCUR.